FORM 1020
United States District Court for the Northern District of Texas
Fort Worth Division
A private corporation

**By Certified Mail 7016 2710 0000 5435 1169**
To:
Karen Mitchell, Clerk
personal
United States District Court for the
Northern District of Texas, Fort Worth Division
501 West 10th Street, Suite 310
Fort Worth, Texas 76102

**By Certified Mail 7016 2710 0000 5435 1176**
To:
Prescilla R Owen, Chief Judge
personal
United States Court of Appeals
for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

**By Certified Mail 7016 2710 0000 5435 1183**
To:
Brian Rebecek, Division Manager
personal
United States District Court for the
Northern District of Texas, Fort Worth Division
501 West 10th Street
Fort Worth, Texas 76102

**By Certified Mail 7016 2710 0000 5435 1190**
To:
Barbara MG Lynn, Chief Judge
personal
United States District Court
for the Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242

**By Certified Mail 7016 2710 0000 5435 1206**
To:
John McBryde, [so-called] Judge
personal
United States District Court for the
Northern District of Texas, Fort Worth Division
501 West 10th Street
Fort Worth, Texas 76102

RECEIVED
SEP - 9 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Case No. 4:19-CV-632-A**                     **Date: September 1, 2021**

---

**NOTICE TO ATTORNEYS AT UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION**

An attorney or a Private Corporation is assumed to know the law, it is the obligation of an attorney or a Private Corporation, to see that any alleged **FINES, FEES, CHARGES, etc.,** are collected lawfully, correctly, and completely. In order to correctly "quote" pay this alleged **FINES, FEES, CHARGES, etc.,**, GLENN WINNINGHAM aka Glenn Winningham, requires the following information, from attorneys at **United States District Court for the Northern District of Texas, Fort Worth Division**. Complete this FORM and return it to the address you have on file to enable GLENN WINNINGHAM FEARN aka Glenn Winningham to understand and lawfully comply with this alleged **FINES, FEES, CHARGES, etc.,**. This Form raises formal questions with regards to this alleged **FINES, FEES, CHARGES, etc.,** that only your attorneys can answer.

1 | Page

1. under the caption "...pay the total filing and administrative fees of..." what does the number _____400.00_ refer to: (check one) obligations of the United States Government ☐ ; National bank currency ☐ Bonds ☐ Certificates of Indebtedness ☐; Federal Reserve Notes ☐ Bills ☐ or Other ☐ _____ (Explain)

2. Does that statement refer to: consideration of obligations or other securities of the United States, directly or indirectly? (Check one) ☐ Yes ☐ No;

3. Does the computation of this alleged **ORDER AND NOTICE OF DEFICIENCY** require consideration of obligations or other securities of the United States, directly or indirectly? (Check one) Yes ☐; or No ☐

Most individuals can complete this FORM in three minutes. You are required by law (UCC 3-104 & 3-115) to complete this FORM, before any payment may be made. As a private corporation you are assumed to know the law, and not misleading. You made several statements in your **ORDER AND NOTICE OF DEFICIENCY** to GLENN WINNINGHAM FEARN aka Glenn Winningham that GLENN WINNINGHAM FEARN aka Glenn Winningham owes something to someone. It is your obligation to answer the forgoing questions on FORM 1020 or a default will be issued by GLENN WINNINGHAM FEARN aka Glenn Winningham against United States District Court for the Northern District of Texas, Fort Worth Division a private corporation, for trying to mislead GLENN WINNINGHAM FEARN aka Glenn Winningham by asking GLENN WINNINGHAM FEARN aka Glenn Winningham for something that he doesn't owe, or you don't know what that something is, so as attorneys, you are assumed to know the law.

I am an attorney at United States District Court for the Northern District of Texas, Fort Worth Division a Private Corporation. I have read the foregoing Form 1020 and know it to be true, correct and complete, not misleading in anyway. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2021.

**Print:** NAME

_____
(Print name)

Sign   NAME

_____
(Sign Name)

**BAR Number:** _____
(Bar Number Here)

This Form 1020 must be completed and returned within 15 days of mailing / delivery / filing. Failure to complete and return this Form 1020 in 15 days will result in a default being prepared for United States District Court for the Northern District of Texas, Fort Worth Division based upon the information GLENN WINNINGHAM FEARN aka Glenn Winningham has, and the default is your admittance that the **FINES, FEES, CHARGES, etc.,** that was provided to GLENN WINNINGHAM FEARN aka Glenn Winningham was in error or in violation of the law, no other mailing will be needed.

Failure to provide GLENN WINNINGHAM FEARN aka Glenn Winningham with requested information, in the time allowed the Attorneys at United States District Court for the Northern District of Texas, Fort Worth Division are admitting with their Silence that United States District Court for the Northern District of Texas, Fort Worth Division is dishonest. Estoppel arises where person is under duty to another to speak or failure to speak is inconsistent with. honest dealings. Silence by United States District Court for the Northern District of Texas, Fort Worth Division, will be treated by GLENN WINNINGHAM FEARN aka Glenn Winningham that **FINES, FEES, CHARGES, etc.,** as dishonest dealings and balance is paid in full.

```
                     U.S. DISTRICT COURT
                   NORTHERN DISTRICT OF TEXAS
                            FILED

                          AUG 1 3 2019

                   CLERK, U.S. DISTRICT COURT
                    By_____
                              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GLENN WINNINGHAM FEARN          §
aka Glenn Winningham[1]          §
                                §
v.                              §   CIVIL ACTION NO.4:19-CV-632-A
                                §
MICHAEL C. MILLER, Et Al.       §

### ORDER AND NOTICE OF DEFICIENCY
(With Special Instructions to the Clerk of Court)

This case was, by order entered on August 9, 2019, transferred from the Dallas division to this the Fort Worth division, and assigned to the "A" docket. Upon review of the papers and pleadings filed in the cause, the following deficiencies appear:

( **X** )   Plaintiff has not paid the filing and administrative fees nor has he filed a long-form application to proceed in forma pauperis. In order for the Court to make the determination regarding any pauper application, Plaintiff must provide complete and accurate answers to all of the questions in the long-form in-forma-pauperis application.

Therefore, the court **ORDERS** that the clerk of the Court shall take the following indicated action:

( **X** )   A copy of this order shall be mailed to Plaintiff. No further process shall issue except upon order of the court.

( **X** )   A long-form application to proceed in district court without prepaying fees or costs shall be mailed to Plaintiff along with a copy of this Order.

Further, the court **ORDERS** that Plaintiff shall either pay the total filing and administrative fees of $400.00[2] or fully complete and return the long form application to proceed in forma pauperis

---

[1] A review of the Pacer records system shows that Plaintiff has previously filed lawsuits under the name Glenn Winningham. Thus, the clerk of Court is directed to add this name on the docket.

[2] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule, effective May 1, 2013, requires payment of an administrative fee of $50.00 for filing a civil action in district court. See 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14. This results in a total filing fees of $400 for a civil action.

within seven (7) days of the date of this Order. **Failure to timely submit the applicable fees or a fully completed long form application to proceed in forma pauperis within 7 days could result in the dismissal of this case without further notice.** See Fed. R. Civ. P. 41(b).[3]

SIGNED August **13**, 2019.

JOHN H. MCBRYDE
United States District Judge

---

[3]See *Hickerson v. Christian*, 283 F. App'x. 251, 253 (5th Cir. 2008)(A district court may sua sponte dismiss an action for failure to prosecute under Rule 41(b)); see also *Link v. Wabash R. Co.*, 370 U.S. 626 (1962)(a court may dismiss for lack of prosecution under its inherent authority).

2

[glenn winningham; house of fearn ©]
c/o General Post-office. Zip Code Exempt
6340 Lake Worth Boulevard #437
Fort Worth, Texas [RR 76135]
Non-Domestic, without the UNITED STATES
18 U.S. Code § 1701: Obstruction of mails generally....

First Class U.S. Mail fully pre-paid
12 Stat. 705, Ch. 71, Sec 23 3¢/half ounce
37th Cong. Sess. III 12 Stat Ch 71, Sec 23
Federal Offense to collect additional postage
18 U.S.C. 1726 [DMM 602 1.3e(2)],

Private Property – No Trespassing
Privileged, Confidential
Open by Addressee ONLY!
Declared Value: ¼ ounce .999% silver

7016 2710 0000 5435 1206

John McBryde, [so-called] Judge

United States District Court for the Northern District
Fort Worth Division
501 West 10th Street
Fort Worth, Texas 76102

76102-975559

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
HURST, TX
76054
SEP 07, 21
AMOUNT
$6.18
76102 R2303S10243O-86

[glenn winningham; house of fearn ©]
c/o General Post-office. Zip Code Exempt
6340 Lake Worth Boulevard #437
Fort Worth, Texas: [RR 76135]
Non-Domestic, without the UNITED STATES
18 U.S. Code § 1701: Obstruction of mails generally...

Private Property – No Trespassing
Privileged, Confidential
Open by Addressee ONLY!
Declared Value: ¼ ounce .999% silver

7016 2710 0000 5435 1169

CERTIFIED MAIL

Karen Mitchell; Clerk

United States District Court for the Northern District
Fort Worth Division
501 West 10th Street
Fort Worth, Texas 76102

76102-973599



U.S. POSTAGE PAID
FCM LETTER
HURST, TX
76054
SEP 07, 21
AMOUNT
$6.18
R2303S102430-86

1000
76102

[glenn winningham; house of fearn ©]¹
c/o General Post-office. Zip Code Exempt
6340 Lake Worth Boulevard #437
Fort Worth, Texas [RR 76135]
Non-Domestic, without the UNITED STATE
18 U.S. Code § 1701: Obstruction of mails generally....

Private Property – No Trespassing
Privileged, Confidential
Open by Addressee ONLY!
Declared Value: ¼ ounce .999% silver

CERTIFIED MAIL

7016 2710 0001 5435 1183

Brian Rebecek, Division Manager

United States District Court for the Northern District
Fort Worth Division
501 West 10th Street
Fort Worth, Texas 76102

76102-369799

U.S. POSTAGE PAID
FCM LETTER
HURST, TX
76054
SEP 07 21
AMOUNT
$6.18
R2303S102430-86
76102
1000